CERAMICA REGIOMONTANA, S.A., ET AL., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT

Court No. 88–05–00394

(Dated January 7, 1993)

## JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the remand determination filed with the Court in this case, and there being no opposition thereto, it is hereby,

ORDERED ADJUDGED AND DECREED that the *Second Result Of Redetermination Pursuant To Court Remand* is affirmed, and this case is dismissed.

CAMILLUS CUTLERY CORP, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 85–03–00403

(Dated January 7, 1993)

## JUDGMENT

AQUILINO, *Judge:* This action having been designated a test case pursuant to CIT Rule 84; and the parties having informed the court from time to time thereafter of a desire to dispose of the matter in lieu of trial and formal decision; and the plaintiff having now indicated lack of further interest in the action; Now, therefore, after due deliberation, it is

ORDERED, ADJUDGED AND DECREED that this action be, and it hereby is, dismissed.